IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREESHONE C. McLEOD, # 229466, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:18cv1052-WHA |
| ) | [WO] |
| WALTER MYERS, *et al.,* ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On December 27, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 4) is ADOPTED; and

2. This case is DISMISSED without prejudice because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

A final judgment will be entered separately.

DONE this 16th day of January, 2019.

       /s/ W. Harold Albritton
       W. HAROLD ALBRITTON
       SENIOR UNITED STATES DISTRICT JUDGE